# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>I. VELLA-LOPEZ, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:11-cv-00990-AWI-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE IFP APPLICATION OR PAY $350.00 FILING FEE<br><br>(Docs. 2 and 15)<br><br>THIRTY-DAY DEADLINE |

   Plaintiff Raymond Alford Bradford, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 25, 2011.  Although Plaintiff filed a trust account statement, he did not file an application to proceed in forma pauperis. 28 U.S.C. § 1915.

   Accordingly, it is HEREBY ORDERED that:

   1. The Clerk's Office shall send Plaintiff an application for leave to proceed in forma pauperis;

   2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file the attached application to proceed in forma pauperis, completed and signed, or pay the $350.00 filing fee in full;

   3. **No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   January 25, 2013**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

1