# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | CASE NO. 1:11-cv-00990-AWI-SKO PC |
| Plaintiff, | ORDER VACATING SCREENING ORDER FILED ON APRIL 9, 2013 |
| v. | (Docs. 29 and 30) |
| I. VELLA-LOPEZ, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Raymond Alford Bradford, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 25, 2011.  On April 9, 2013, the Court issued a screening order and on April 17, 2013, Plaintiff filed objections.

Plaintiff's objections are sustained in as much as the Court inadvertently issued a screening order rather than screening findings and recommendations.  Accordingly, the screening order is HEREBY VACATED and findings and recommendations shall issue separately.

IT IS SO ORDERED.

**Dated:    April 18, 2013**                           **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE