1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RAYMOND ALFORD BRADFORD,            CASE NO. 1:11-cv-00990-AWI-SKO PC

10               Plaintiff,            ORDER VACATING SCREENING ORDER
                                       FILED ON APRIL 9, 2013
11        v.
                                       (Docs. 29 and 30)
12  I. VELLA-LOPEZ, et al.,

13               Defendants.
                                    /
14

15        Plaintiff Raymond Alford Bradford, a state prisoner proceeding pro se and in forma pauperis,

16  filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 25, 2011.  On April 9, 2013, the

17  Court issued a screening order and on April 17, 2013, Plaintiff filed objections.

18        Plaintiff's objections are sustained in as much as the Court inadvertently issued a screening

19  order rather than screening findings and recommendations.  Accordingly, the screening order is

20  HEREBY VACATED and findings and recommendations shall issue separately.

21

22  IT IS SO ORDERED.

23  **Dated:    April 18, 2013**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28