# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>I. VELLA-LOPEZ, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:11-cv-00990-AWI-SKO (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER FILED FEBRUARY 13, 2015, AND GRANTING THIRTY-DAY EXTENSION OF TIME<br><br>(Docs. 92-94) |

      Plaintiff Raymond Alford Bradford ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 25, 2011. This action is currently proceeding on Plaintiff's second amended complaint, filed January 31, 2014, against Defendants Brooks and Yu for violating Plaintiff's right to adequate medical care under the Eighth Amendment of the United States Constitution.

      On February 13, 2015, the Court granted in part and denied in part Defendant Yu's motion to dismiss, and ordered Plaintiff to furnish security in the amount of $2,295.00 within thirty days. On February 20, 2015, Plaintiff filed a notice of change of address, and on February 23, 2015, Defendant Yu requested an extension of time on Plaintiff's behalf given his address change.

///
///
///
///

1    In light of Plaintiff's address change, the Clerk's Office shall re-serve the order on
2 Plaintiff, and Plaintiff has **thirty (30) days** from the date of service of this order within which to
3 furnish security in compliance with the order.

IT IS SO ORDERED.

Dated:   **February 24, 2015**              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

2