# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. VELLA-LOPEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-00990-AWI-SKO (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO POST SECURITY DEPOSIT OF $2,295.00 AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Doc. 92) |

Plaintiff Raymond Alford Bradford ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 25, 2011. This action is currently proceeding on Plaintiff's second amended complaint, filed January 31, 2014, against Defendants Brooks and Yu for violating Plaintiff's right to adequate medical care under the Eighth Amendment of the United States Constitution.

On February 13, 2015, the Court ordered Plaintiff to post a security deposit in the amount of $2,295.00 within thirty days. Local Rule 151(b). (Doc. 92.) The order was re-served on February 24, 2015, and the Court granted Plaintiff thirty days from the date of re-service to post security. (Doc. 95.) Plaintiff has failed to comply with the order requiring him to post security, which is a precondition to proceeding any further with this action.

Accordingly, the Court HEREBY ORDERS as follows:

1. This action is dismissed for failure to post a security deposit in the amount of $2,295.00 in compliance with order filed on February 13, 2015;

    2.    Defendant Brooks' pending motion for the furnishment of security and related relief, filed on February 27, 2015, is DENIED as moot; and

    3.    The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

Dated:   April 10, 2015                      _____

                                                SENIOR DISTRICT JUDGE